UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEFFREY R. BOLTON, on behalf of
himself and others similarly situated,

      Plaintiff,

v.                                      CASE NO.: 5:16-cv-299-JSM-PRL

SUNLAND FOODS, INC., A Florida Corporation,
THE GRILLERS CLUB LLC, A Florida
Limited Liability Company, and
MARIO A. DI MARCO,

      Defendants.
_____/

## NOTICE OF FILING ANSWERS TO COURT'S INTERROGATORIES

Plaintiff, JEFFREY R. BOLTON ("Plaintiff"), pursuant to the Court's Scheduling Order (Doc. 003), hereby answers the Court's Interrogatories and declares under penalty and perjury and pursuant to 28 U.S.C. §1746 as follows:

## COUT'S INTERROGATORIES TO PLAINTIFF

1. During what period of time were you employed by the Defendant(s)?

**ANSWER**: **From approximately November 4, 2014 through February 12, 2016.**

2. Who was your immediate supervisor?

**ANSWER**: **Mario A. Di Marco**

3. Did you have a regularly scheduled work period? If so, specify

**ANSWER**: **No. I worked 70 plus more hours per week (Monday through Saturday) from approximately 8:30 a.m. to sometimes around 11:00 p.m.**

**As a commission paid Sales Contractor I was paid commission only. As a Sales Manager, I was told salary with incentive bonuses which I never received. As a Sales**

Contractor I worked hours generally beginning at 9:00 a.m. to 9:00 p.m. daily. Finally, as a Manager for two businesses my hours fluctuated but generally ranged from 9:00 a.m. to 10:00 p.m.

4. What was your title or position? Briefly describe your job duties.

**ANSWER**: From 11/4/14 through 4/6/15 I was an Independent Sales Contractor doing door to door food sales (door to door meat sales). From 4/6/15 to 2/12/16 I was the Store Manager for Sunland Foods. From 6/22/15 to 2/12/16 I was given additional duties of managing the owners second business Grillers Club, LLC, in addition to Sunland Foods. My duties as a Store Manager included the preparation of daily sales reports, inventory control, hire/fire, managed contractor activities, deposits, store retailing, book keeping, promotions for sales, and clean the stores.

5. What was your regular rate of pay?

**ANSWER**: As the Sales Contractor (door to door sales) I was told I would be paid commission only. As the Store Manager starting 4/6/15 of Sunland Foods, I was to be paid weekly salary of $400.00 plus receive additional sales incentive bonuses. Once I was given the additional duties for the owners second business The Grillers Club on 6/22/15 I was to be paid a salary of $800.00 weekly plus additional sales incentive bonuses. Since 4/6/15 I have only been compensated a total of $6,800.00 through 2/12/16 and have not received my full weekly salary or incentive bonuses for either Sunland Foods or The Grillers Club.

6. Provide an accounting of your claim, including:

   (a) dates;

   (b) regular hours worked;

   (c) over-time hours worked;

   (d) pay received versus pay claimed;

   (e) total amount claimed.

**ANSWER**:

| FLSA DAMAGES CALCULATIONS | | | | | |
|---|---|---|---|---|---|
| | # of weeks | Salary | Hrs/wk | Reg rate | Due |
| 4/6/15 – 6/21/15 | 10 | $400/wk | 70 | 8.05 | $3,622.50 |
| 6/22/15 – 2/12/16 | 33 | $800/wk | 80 | 10.00 | 19,800.00 |
| Subtotal | | | | | 23,422.50 |
| Liquidated | | | | | 23,422.50 |

| FLSA total (plus attorneys' fees and costs) | | | | | 46,845.00 |
|---|---|---|---|---|---|

| BREACH OF CONTRACT/UNPAID WAGES & BONUSES DAMAGES CALCULATIONS | | | |
|---|---|---|---|
| | # of weeks | Salary | Due |
| 4/6/15 – 6/21/15 | 10 | $400/wk | $4,000.00 |
| 6/22/15 – 2/12/16 | 33 | $800/wk | 26,400.00 |
| Subtotal | | | 30,400.00 |
| Minus amount paid to date | | | -6,800.00 |
| Contract/unpaid wages total (plus attorneys' fees and costs) | | | 23,600.00 |
| Unpaid bonuses | | To be determined from discovery | |
| Damages from fraudulent filing of information returns | | To be determined from discovery | |

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

**ANSWER**: **My attorney on March 21, 2016, filed a complaint (Doc. 002) on my behalf which was served on the Defendants.**

8. Was this complaint written or oral? (If written complaint, please attach a copy).

**ANSWER**: **The Complaint is written and found as Doc. 002 in the docket.**

9. What was your employer's response? (If a written response, please attach a copy).

**ANSWER**: **As of this date, Defendants have not filed any answer or response to the Complaint, which was due May 4, 2016.**

STATE OF FLORIDA

COUNTY OF _Lake_

BEFORE ME, the undersigned authority on this day, personally appeared JEFFREY R. BOLTON, who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me this _27th_ day of May, 2016

NOTARY PUBLIC

_(signature)_

_(signature)_
Signature of Person Taking Acknowledgment
Print Name: _Donna Parsons_
Commission Expires: _4-12-2019_

Donna Parsons
MY COMMISSION # FF219542
EXPIRES: April 12, 2019

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing via electronic mail to all counsel of record.

Respectfully submitted,

**WHITTEL & MELTON, LLC**
*/s/ Jay P. Lechner*
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
Jason M. Melton, Esq.
Florida Bar No.: 605034
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Telephone: (727) 822-1111
Facsimile: (727) 898-2001
lechnerj@theFLlawfirm.com
shelley@theFLlawfirm.com
*Attorneys for Plaintiff*