UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEFFREY R. BOLTON, on behalf of
himself and others similarly situated,

    Plaintiff

vs.

Case No: 5:16-CV-299-JSM-PRL

SUNLAND FOODS, INC., a Florida
Corporation; THE GRILLERS CLUB,
LLC, a Florida limited liability company;
and MARIO A. DI MARCO,

    Defendants.
_____/

## DEFENDANTS' VERIFIED SUMMARY OF HOURS WORKED

COME NOW the Defendants, Sunland Foods, Inc., The Grillers Club, LLC, and Mario A. Di Marco, (hereafter collectively "Defendants"), and file this Verified Summary as required by this Court's FLSA Scheduling Order and assert as follows:

1. Plaintiff, Jeffrey R. Bolton, (hereafter "Plaintiff") was not, at any time, an employee of Defendant Mario A. Di Marco.

2. In regard to his former relationship with Defendant Sunland Foods, Inc., Plaintiff held himself out as, and was in fact, a vendor/independent contractor. Moreover, Plaintiff was a part owner of Defendant The Grillers Club, LLC, and was, as such, exempt from the application of the Fair Labor and Standards Act regarding his services for such defendant.

3. Plaintiff was paid, and agreed to be paid, as a vendor/independent contractor and was formally paid by Defendant Sunland Foods, Inc. for part of the time at issue in this matter solely on a commission basis. Additionally, for part of the time at issue in this matter, he was paid on a per job basis for loading and unloading by Defendant Sunland Foods, Inc at a rate of $25 for loading and $25 for unloading.

Finally, for part of the time at issue in this matter, he was paid by Defendant Sunland Foods, Inc. a weekly salary of $200, and thereafter $300, per week, in addition to commissions. The Plaintiff was paid this salary for performing daily duties up to 1.5 hours on the a.m. shift and up to 3 hours on the p.m. shift for a total of 4 days per week. After the Plaintiff performed his a.m. duties, if he did not work as a commissioned vendor on a truck, then he would come and go as he pleased.

## **Summary of Hours Worked**

4. Plaintiff worked as a vendor/independent contractor for Defendant Sunland Foods, Inc. and was a part owner of Defendant The Grillers Club, LLC. Plaintiff was not paid by the hour by such defendants, but rather was paid as previously stated herein. Such defendants kept no formal time records for the Plaintiff as they were not required to do so. Defendant Sunland Foods, Inc. has, however, provided Plaintiff contemporaneously with this Verified Summary weekly sheets that note the days that Plaintiff was present and, generally, the types of tasks he performed for times at issue in this matter.

5. As referenced and detailed more fully above, Plaintiff received no overtime pay as he was not entitled to any.

6. The Defendants have attached and verified as accurate, a summary of the services provided by the Plaintiff and compensation paid by Defendant Sunland Foods, Inc. for said vendor/independent contractor's services.

Respectfully submitted,

/s Joseph C. Shoemaker
JOSEPH C. SHOEMAKER

Florida Bar No. 0319790
Bogin, Munns & Munns
628 South 14th Street
Leesburg, Florida 34748
Telephone: (352) 728-3773
Facsimile: (352) 728-5488
jshoemaker@boginmunns.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, this 16th day of June 2016, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to Jay P. Lechner, Esq., Whittel & Melton, LLC., One Progress Plaza, 200 Central Ave., #400, St. Petersburg, FL 33701; Email: Pleadings@theFLlawfirm.com Lechnerj@theFLlawfirm.com Shelley@theFLlawfirm.com

s/ Joseph C. Shoemaker

# VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing Verified Summary of Hours Worked and that the facts stated in it are true to the best of my knowledge and belief.

Sunland Foods, Inc.

By: _____
Mario A. Di Marco, President

STATE OF FLORIDA
COUNTY OF LAKE

BEFORE ME, the undersigned authority, personally appeared Mario A. Di Marco, as President of Sunland Foods, Inc., who has sworn and says the foregoing Verified Summary of Hours Worked is true.

SWORN and SUBSCRIBED before me on this _10th_ day of _June_, 2016, by Mario A. Di Marco who is personally known to me or who produced _____ as identification.

_____
NOTARY PUBLIC, STATE OF
Commission Number:
My Commission Expires:



TONI G. HAMMOND
Commission # FF 899618
Expires July 14, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

| Date | Loaded | Unloaded | Compensation $ 50.00 per day to load & Unload |
|---|---|---|---|
| 1/2/2015 | X | X | |
| 1/7/2015 | Mario | X | |
| 3/27/2015 | x | x | |
| 3/30/2015 | Mario | Mario | |
| 3/31/2015 | Mario | Mario | |
| 4/1/2015 | Mario | x | |
| 4/2/2015 | Mario | Mario | |
| 4/3/2015 | Mario | Mario | |
| 4/4/2015 | Mario | Mario | |
| 4/6/2015 | Mario | Mario | |
| 4/7/2015 | Mario | Mario | |
| 4/8/2015 | Mario/Jeff | x | |
| 4/9/2015 | x | Mario | |
| 4/10/2015 | Mario/Jeff | Mario | |
| 4/11/2015 | x | x | |
| 4/14/2015 | Mario | Mario | |
| 4/16/2015 | Mario | x | |
| 4/17/2015 | Mario/Jeff | Mario | |
| 4/18/2015 | Mario | Mario | |
| 4/21/2015 | Mario | Mario | |
| 4/22/2015 | x | x | |
| 4/24/2015 | Mario | x | |
| 4/27/2015 | Mario | Mario | |
| 4/28/2015 | Mario | Mario | |
| 4/30/2015 | Mario | Mario | |
| 5/1/2015 | Mario | Mario | |
| 5/2/2015 | x | x | |
| 5/3/2015 | Mario | Mario | |
| 5/4/2015 | x | x | |
| 5/5/2015 | x | x | |
| 5/6/2015 | Mario | Mario | |
| 5/7/2015 | Mario | x | |
| 5/8/2015 | Mario | x | |
| 5/11/2015 | Mario | x | |
| 5/12/2015 | Mario | x | |
| 5/14/2015 | Mario | Mario | |
| 5/15/2015 | Mario/Jeff | Mario | |
| 5/19/2015 | Mario/Glen | x | |
| 5/21/2015 | Mario | Mario | |
| 5/22/2015 | Mario | Mario/Jeff | |
| 5/23/2015 | Mario | Mario | |
| 5/24/2015 | Mario | Mario | |
| 5/26/2015 | Mario | x | |
| 5/27/2015 | Mario | x | |
| 5/29/2015 | x | x | |
| 6/1/2015 | Mario | Mario | |
| 6/2/2015 | x | x | |
| 6/4/2015 | x | x | |
| 6/8/2015 | x | x | |
| 6/10/2015 | x | x | |
| 6/11/2015 | x | x | |

| Date | Col2 | Col3 |
|---|---|---|
| 6/12/2015 | x | x |
| 6/13/2015 | x | x |
| 6/16/2015 | x | x |
| 6/18/2015 | x | x |
| 6/19/2015 | x | x |
| 6/20/2015 | x | x |
| 6/22/2015 | Mario | Mario |
| 6/23/2015 | x | x |
| 6/26/2015 | x | x |
| 6/29/2015 | Mario | Mario |
| 6/30/2015 | Mario | Mario |
| 7/3/2015 | x | x |
| 7/7/2015 | x | Mario |
| 7/8/2015 | x | x |
| 7/9/2015 | Mario | Mario |
| 7/10/2015 | x | Jim |
| 7/13/2015 | Mario | Mario |
| 7/16/2015 | x | x |
| 7/17/2015 | x | x |
| 7/20/2015 | Mario | Mario |
| 7/21/2015 | x | x |
| 7/23/2015 | Mario | Mario |
| 7/24/2015 | Mario | Mario |
| 7/27/2015 | Mario | Mario |
| 7/28/2015 | Mario | Mario |
| 7/29/2015 | Mario | x |
| 7/30/2015 | Mario | Mario |
| 7/31/2015 | Mario | Mario |
| 8/1/2015 | x | x |
| 8/3/2015 | x | Mario |
| 8/5/2015 | Mario | Mario |
| 8/6/2015 | x | Mario |
| 8/7/2015 | Mario | x |
| 8/8/2015 | x | x |
| 8/10/2015 | Mario | Mario |
| 8/11/2015 | x | Mario |
| 8/12/2015 | x | x |
| 8/13/2015 | Mario | x |
| 8/17/2015 | MArio | Mario |
| 8/18/2015 | Mario | Mario |
| 8/19/2015 | x | Mario |
| 8/20/2015 | Mario | x |
| 8/21/2015 | x | Mario |
| 8/22/2015 | x | x |
| 8/24/2015 | Mario | Mario |
| 8/25/2015 | x | Mario |
| 8/27/2015 | x | x |
| 8/28/2015 | Mario | Mario |
| 8/29/2015 | x | x |
| 8/30/2015 | Mario | Mario |
| 9/2/2015 | x | x |
| 9/5/2015 | x | x |

| Date | | | Amount |
|---|---|---|---|
| 9/7/2015 | x | x | |
| 9/9/2015 | Mario | Mario | |
| 9/10/2015 | x | x | |
| 9/11/2015 | Mario | x | |
| 9/13/2015 | Mario | Mario | |
| 9/14/2015 | Mario | Mario | |
| 9/15/2015 | x | x | |
| 9/17/2015 | x | Mario | |
| 9/18/2015 | Mario | x | |
| 9/19/2015 | x | Mario | |
| 9/21/2015 | x | Mario | |
| 9/22/2015 | Mario | x | |
| 9/23/2015 | x | Mario/Jeff | |
| 9/24/2015 | x | x | |
| 9/25/2015 | Mario | x | |
| 9/26/2015 | x | Mario | |
| 9/27/2015 | Mario | Mario | |
| 9/28/2015 | Mario | Mario | |
| 9/29/2015 | Mario | Mario/Jeff | |
| 9/30/2015 | Mario | x | |
| 10/2/2015 | x | x | |
| 10/3/2015 | x | x | |
| 10/5/2015 | x | x | |
| 10/6/2015 | x | Mario | |
| 10/7/2015 | Mario | Mario | |
| 10/8/2015 | x | Mario | |
| 10/9/2015 | Mario | x | |
| 10/12/2015 | Mario | Mario | |
| 10/13/2015 | x | mario/Jeff | |
| 10/14/2015 | Mario | x | |
| 10/15/2015 | x | x | |
| 10/16/2015 | x | x | |
| 10/17/2015 | x | x | |
| 10/19/2015 | x | mario | |
| 10/20/2015 | x | x | |
| 10/21/2015 | x | x | |
| 10/23/2015 | x | Mario | |
| 10/22/2015 | x | x | |
| 10/24/2015 | Mario | Mario | |
| 10/26/2015 | x | x | |
| 10/28/2015 | x | x | |
| 10/29/2015 | x | x | |
| 10/30/2015 | x | Mario | |
| 10/31/2015 | x | Mario | |
| 11/2/2015 | Mario | Mario | |
| 11/3/2015 | x | x | $ 50.00 |
| 11/4/2015 | x | Mario | $ 25.00 |
| 11/6/2015 | Mario | Mario | |
| 11/9/2015 | x | Mario | $ 25.00 |
| 11/10/2015 | x | x | $ 50.00 |
| 11/12/2015 | Mario | Mario | |
| 11/13/2015 | x | Mario | $ 25.00 |

| Date | Col2 | Col3 | Amount |
|---|---|---|---|
| 11/15/2015 | x | Mario | $ 25.00 |
| 11/16/2015 | Mario | Mario | |
| 11/19/2015 | x | Mario | $ 25.00 |
| 11/20/2015 | Mario | Mario | |
| 11/21/2015 | x | x | $ 50.00 |
| 11/23/2015 | Mario | Mario | |
| 11/24/2015 | Mario | Mario | |
| 11/27/2015 | x | Mario | $ 25.00 |
| 11/28/2015 | Mario | Mario | |
| 11/30/2015 | x | x | $ 50.00 |
| 12/2/2015 | Mario | Mario | |
| 12/3/2015 | Mario | Mario | |
| 12/7/2015 | Mario | Mario | |
| 12/8/2015 | Mario | Mario | |
| 12/9/2015 | Mario | Mario | |
| 12/11/2015 | Mario | Mario | |
| 12/12/2015 | Mario | Mario | |
| 12/14/2015 | Mario | x | $ 25.00 |
| 12/15/2015 | Mario | Mario | |
| 12/16/2015 | x | Mario | $ 25.00 |
| 12/17/2015 | Mario & Jeff | Mario | $ 25.00 |
| 12/18/2015 | x | x | $ 50.00 |
| 12/19/2015 | Mario | Mario | |
| 12/20/2015 | x | Mario | $ 25.00 |
| 12/21/2015 | x | Mario | $ 25.00 |
| 12/22/2015 | x | Mario | $ 25.00 |
| 12/23/2015 | Mario | Mario | |
| 12/26/2015 | Mario | Mario | |
| 12/28/2015 | x | Mario | $ 25.00 |
| 12/29/2015 | Mario | Mario | |
| 12/31/2015 | Mario | Mario | |
| 1/5/2016 | Mario | x | $ 25.00 |
| 1/6/2016 | x | x | $ 50.00 |
| 1/8/2016 | x | Mario | $ 25.00 |
| 1/9/2016 | x | Mario | $ 25.00 |
| 1/11/2016 | Mario | X | $ 25.00 |
| 1/12/2016 | x | Mario | $ 25.00 |
| 1/13/2016 | Mario | x | $ 25.00 |
| 1/14/2016 | x | Mario | $ 25.00 |
| 1/16/2016 | x | x | $ 50.00 |
| 1/15/2016 | X | Mario | $ 25.00 |
| 1/19/2016 | Mario | Mario | |
| 1/21/2016 | Mario | Mario | |
| 1/22/2016 | Mario | Mario | |
| 1/19/2016 | Mario | x | $ 25.00 |
| 1/26/2016 | Mario | Mario | |
| 1/29/2016 | Mario | x | $ 25.00 |
| 1/30/2016 | Mario | x | $ 25.00 |
| 2/1/2016 | x | x | $ 50.00 |
| 2/2/2016 | Mario | Mario | |
| 2/3/2016 | x | x | $ 50.00 |
| 2/4/2016 | Mario | Mario | |

| Date | Name | Name |
|---|---|---|
| 2/5/2016 | Mario | Mario |
| 2/6/2015 | Mario | Mario |
| 2/9/2015 | Mario | Mario |
| 2/10/2016 | Mario | Mario |
| 2/15/2016 | Mario | Mario |

| Week Ending | Compensation | | |
|---|---|---|---|
| 11/19/14-11/22/14 | Commission Only on Truck | | |
| 11/24-11/29 | Commission Only on Truck | | |
| 12/1 - 12/6 | Commission Only on Truck | | |
| 12/8 - 12/13 | Commission Only on Truck | | |
| 12/15-12/20 | Commission Only on Truck | | |
| 12/22 - 12/27 | Commission Only on Truck | | |
| 12/29 - 1/3/15 | Commission Only on Truck | | |
| 1/5 - 1/10 | Commission Only on Truck | | |
| 1/12 - 1/17 | Commission Only on Truck | | |
| 1/19 - 1/24 | Commission Only on Truck | | |
| 1/26 - 1/31 | Commission Only on Truck | | |
| 2/2 - 2/7 | Commission Only on Truck | | |
| 2/9 - 2/14 | Commission Only on Truck | | |
| 2/16 - 2/21 | Commission Only on Truck | | |
| 2/23 - 2/28 | Commission Only on Truck | | |
| 3/2 - 3/7 | Commission Only on Truck | | |
| 3/9 - 3/14 | Commission | | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 3/16 - 3/21 | Commission | | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 3/23 - 3/28 | Commission | | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 3/30 - 4/4 | Commission | | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 4/6 - 4/11 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 4/13 - 4/18 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 4/20 - 4/25 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 4/27 - 5/2 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 5/4 - 5/9 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 5/11 - 5/16 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 5/18 - 5/23 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 5/25 - 5/30 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 6/1 - 6/6 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 6/8 - 6/13 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 6/15 - 6/20 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 6/22 - 6/27 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 6/29 - 7/4 | | 200.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 7/6 - 7/11 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 7/13 - 7/18 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 7/20 - 7/25 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 7/27 - 8/1 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 8/3 - 8/8 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 8/10 - 8/15 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 8/17 - 8/22 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 8/24 - 8/29 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 8/31 - 9/5 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 9/7 - 9/12 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 9/14 - 9/19 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 9/21 - 9/26 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 9/28 - 10/3 | | 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |

| Date | Amount | Description |
|---|---|---|
| 10/5 - 10/10 | $ 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 10/12 - 10/17 | $ 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 10/19 - 10/24 | $ 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 10/26 - 10/31 | $ 300.00 | Asst Mgr Loading & Unloading Compensation; Also Commission from Store Sales; Also, Worked on Grillers Club for his portion of ownership |
| 11/2 - 11/7 | $ 100.00 | Asst Mgr Loading & Unloading Compensation; Also, Worked on Grillers Club for his portion of ownership |
| 11/9 - 11/14 | $ 100.00 | Asst. Mgr. Compensation Changed to $ 50.00 per night for 4 nights per week (Including loading and unloading) Due to issues with his management |
| 11/16 - 11/21 | $ 75.00 | |
| 11/23 - 11/28 | $ 75.00 | |
| 11/30 - 12/5 | $ 50.00 | |
| 12/7 - 12/12 | $ - | |
| 12/14 - 12/19 | $ 125.00 | |
| 12/21 - 12/26 | $ 75.00 | |
| 12/28/15 - 1/2/16 | $ 25.00 | |
| 1/4 - 1/9 | $ 125.00 | |
| 1/11 - 1/16 | $ 175.00 | |
| 1/18 - 1/23 | $ 25.00 | |
| 1/25 - 1/30 | $ 50.00 | |
| 2/1 - 2/6 | $ 100.00 | |
| 2/8 - 2/13 | Commission Only on Truck | |
| 2/15/2016 Last Day | Commission Only on Truck | |

| | | |
|---|---|---|
| Total Earnings | $ | 8,900.00 |
| | | |
| Paid from Envelopes - Advances | $ | (7,220.00) |
| Checks Written to Jeff or Parties requested by Jeff | $ | (1,600.00) |