UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEFFREY R. BOLTON, on behalf of
himself and others similarly situated,

         Plaintiff

vs.

Case No: 5:16-CV-299-JSM-PRL

SUNLAND FOODS, INC., a Florida
Corporation; THE GRILLERS CLUB,
LLC, a Florida limited liability company;
and MARIO A. DI MARCO,

         Defendants.
_____/

## JOINT REPORT REGARDING SETTLEMENT AS REQUIRED BY FLSA SCHEDULING ORDER

COME NOW the Plaintiff, Jeffrey R. Bolton, on behalf of himself and others similarly situated, (hereafter "Plaintiff") and the Defendants, Sunland Foods, Inc., The Grillers Club, LLC, and Mario A. Di Marco, (hereafter collectively "Defendants"), and file this Joint Report Regarding Settlement as required by this Court's FLSA Scheduling Order and assert as follows:

1. Counsel for the Plaintiff and counsel for the Defendants met in person on July 8, 2016 at the office of Defendants' counsel in The Villages, Florida (hereafter the "Settlement Meeting").

2. The Settlement Meeting was conducted in good faith and the parties set aside sufficient time for a thorough, detailed, and meaningful conference wherein they attempted to settle all pending issues, including attorneys fees and costs.

3. While the parties have not, as of yet, reached a settlement, the wish to continue settlement discussions for a specific period of time not to exceed (30) thirty days.

Respectfully submitted,

**WHITTEL & MELTON, LLC**

| | |
|---|---|
| /s/ Jay P. Lechner | /s Joseph C. Shoemaker |
| Jay P. Lechner, Esq. | JOSEPH C. SHOEMAKER |
| Florida Bar No.: 0504351 | Florida Bar No. 0319790 |
| One Progress Plaza | Bogin, Munns & Munns |
| 200 Central Avenue, #400 | 628 South 14th Street |
| St. Petersburg, Florida 33701 | Leesburg, Florida 34748 |
| Telephone: (727) 822-1111 | Telephone: (352) 728-3773 |
| Facsimile: (727) 898-2001 | Facsimile: (352) 728-5488 |
| lechnerj@theFLlawfirm.com | jshoemaker@boginmunns.com |
| Attorneys for the Plaintiff | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, this 18th day of July 2016, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to Jay P. Lechner, Esq., Whittel & Melton, LLC., One Progress Plaza, 200 Central Ave., #400, St. Petersburg, FL 33701; Email: Pleadings@theFLlawfirm.com Lechnerj@theFLlawfirm.com Shelley@theFLlawfirm.com

              s/ Joseph C. Shoemaker
              JOSEPH C. SHOEMAKER